DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUAIL HOLLOW CONDOMINIUM ASSOCIATION, INC.,**
a Florida not-for-profit corporation,
Appellant,

v.

**TRINE BELEN** and **ANDRES VILLEGAS,**
Appellees.

No. 4D20-1688

[March 31, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502011CA017708XXXXMB.

Larry T. Cortez of Wyant-Cortez & Cortez Chartered, North Palm Beach, for appellant.

Steven C. Rubino of Rubino Findley, PLLC, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GERBER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***